Abram S. Underhill, Plaintiff, v. Esther Wallin and Others, Defendants. Mamie Hirsch, Appellant; Walter S. Tuley, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

May A. Hoffman, Appellant, v. Sarah C. Davis and Others, Respondents. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

May A. Hoffman, Appellant, v. Sarah C. Davis and Others, Respondents. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

Edith M. Howe, Respondent, v. Alfred F. Howe, Appellant.— The defendant neglected his opportunity to appeal from the order until, by agreement with his wife, he was enabled to embarrass the recovery of compensation by plaintiff's counsel. For this reason the order should be affirmed without expression of opinion as to the right of the attorney to base a recovery for his services upon the order. Order affirmed, with ten dollars costs and disbursements. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, Respondent, v. Francesco Franzese, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton and Putnam, JJ., concurred.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, Appellant, for an Injunction Order Restraining Frederick C. Volckening, Respondent, etc. Liquor Tax Certificate No. 7,856, Subdivision 1, etc.— Order reversed, with ten dollars costs and disbursements, and motion for injunction granted, with ten dollars costs, on authority of *Matter of Farley (Reinhart Certificate)* (170 App. Div. 164), decided November 12, 1915. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

*Decisions by the presiding justice on application to appeal from the Appellate Term.*

Robert Adamson, as Fire Commissioner of the City of New York, Appellant, v. Shelbourne Hotel Company, Respondent.— Application denied, with ten dollars costs.

Harry Chernow, Respondent, v. The Nassau Electric Railroad Company, Appellant.— Application denied, with ten dollars costs.

Moritz Gurfein, Respondent, v. Brooklyn Heights Railroad Company, Appellant.— Application denied, with ten dollars costs.

Elizabeth Muller, Respondent, v. National Surety Company, Appellant.— Application for leave to appeal to the Appellate Division granted.